UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**KIMBERLY SHERMAN,**

*Plaintiff*,

v.

**CLARITY SERVICES, INC.,**

*Defendant*.

Case No: 9:25-cv-80022-AMC

## JOINT NOTICE OF SETTLEMENT

In accordance with Local Rule 16.4, Plaintiff and Defendant Clarity Services, Inc. hereby provide notice that Plaintiff and Defendant have reached a settlement in this case. Upon completion of the terms of settlement, the parties will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on March 5, 2025

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar No. 1045392
Seraph Legal, P.A.
2124 W. Kennedy Blvd., Ste. A
Tampa, FL 33606
FGulen@Seraphlegal.com
(813)-433-1010
Counsel for Plaintiff

/s/ *Maria H. Ruiz*
Maria H. Ruiz, Esq.
Florida Bar No. 182923
Kasowitz Benson Torres LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
MRuiz@Kasowitz.com
Counsel for Defendant