**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80022-CIV-CANNON**

**KIMBERLY SHERMAN**,

      Plaintiff,

v.

**CLARITY SERVICES, INC.,**

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

      **THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on March 5, 2025, in which the parties advise that they have settled this matter [ECF No. 11].  The Court has carefully reviewed the file and is fully advised.  Upon review, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **April 3, 2025**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 25-80022-CIV-CANNON

**ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of March 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record